IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No.  07-cv-01460-WDM-MEH | Date:   October 6, 2009 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| MARY JO PFEIFER, | Brian J. Rayment (by phone) |
| | JoAnne M. Zboyan |
| Plaintiff, | |
| v. | |
| ELA MEDICAL, INC., | James Sawtelle |
| SORIN GROUP USA, INC., | Michael Matthews (by phone) |
| SORIN GROUP, | Nadia G. Malik |
| SORIN, S.p.A., | |
| DR. A. THOMAS GARCIA, | (No appearance) |
| ADVANCED CARDIAC SPECIALISTS CHARTERED, | James H. Baird |
| DR. ROBERT SIEGEL, | (No appearance) |
| DR. ASHKOK GARG, | (No appearance) |
| DR. STEPHEN BLUMBERG, | James H. Baird |
| DR. URI BEN-ZUR, | Michael C. Theis |
| | Aaron M. Paul |
| DR. MARK SEIFERT, | (No appearance) |
| DR. WILLIAM STUCK, | James H. Baird |
| DR. JOHN R. DYLEWSKI, | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE and MOTION HEARING**

**Court in session:** **10:00 a.m.**

Court calls case.  Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

Discussion regarding service on Defendants Garcia, Siegel, Garg, and Siefert.  Mr. Baird states that he has not been authorized to accept service on behalf of Defendant Siegel.

Discussion regarding Defendants' Joint Motion for a Stay of Discovery and of Entry of

Scheduling Order and to Vacate Scheduling Conference Pending Rulings on Defendants' Motions to Dismiss (Doc. #81, filed 9/28/09).

**ORDERED:** The Court takes the motion under advisement; however, a Scheduling Order will be entered today.

**Discovery Cut off:** December 31, 2010

**Dispositive Motions:** February 14, 2011

**Initial Rule 26(a)(2) Disclosures:** September 15, 2010
**Rebuttal Rule 26(a)(2) Disclosures:** November 15, 2010

Each party will be allowed ten (10) depositions.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served no later than 33 days prior to close of discovery.

Each party will be allowed 25 interrogatories, 25 Requests for Production of Documents, and 25 Requests for Admissions.

Counsel for Plaintiff are directed to make the corrections to the proposed Scheduling Order and submit the order to the Court for signature.

**Final Pretrial Conference:** **May 16, 2011, at 9:30 a.m.** In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **five days prior to the conference.**

**Settlement Conference:** To be set at a later time, if necessary.

**Court in recess:** 10:37 a.m. (Hearing concluded).
**Total time in Court:** 0:37