IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01460-WDM-MEH

UNITED STATES OF AMERICA, *ex rel.*, MARY JO PFEIFER,

      Plaintiff,

v.

ELA MEDICAL, INC.,
SORIN GROUP USA, INC.,
SORIN GROUP,
SORIN, S.p.A.,
DR. A. THOMAS GARCIA,
ADVANCED CARDIAC SPECIALISTS CHARTERED,
DR. ROBERT SIEGEL,
DR. ASHKOK GARG,
DR. STEPHEN BLUMBERG,
DR. URI BEN-ZUR,
DR. MARK SEIFERT,
DR. WILLIAM STUCK,
DR. JOHN R. DYLEWSKI, and
DOES 1-20,

      Defendants,

UNITED STATES,

      Interested Party.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 6, 2009.**

      The Unopposed Motion for Leave to File Statement of Interest filed by Interested Party United States [filed October 5, 2009; docket #88] is **granted**. The Clerk of the Court is directed to file the Statement of Interest of the United States in Response to Defendant ELA, Inc.'s Motion to Dismiss, found at docket #88-2.