IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  07-cv-01460-WDM-MEH | Date:   November 16, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| MARY JO PFEIFER, | Brian J. Rayment (by phone) |
| | JoAnne M. Zboyan |
| Plaintiff, | |
| vs. | |
| ELA MEDICAL, INC., | James Gordon Sawtelle |
| SORIN GROUP USA, INC., | |
| SORIN GROUP, | |
| SORIN, S.p.A., | |
| DR. A. THOMAS GARCIA, | |
| ADVANCED CARDIAC SPECIALISTS CHARTERED, | James H. Baird |
| DR. ROBERT SIEGEL, | (No appearance) |
| DR. ASHKOK GARG, | (No appearance) |
| DR. STEPHEN BLUMBERG, | |
| DR. URI BEN-ZUR, | Aaron M. Paul |
| | Michael C. Theis |
| DR. MARK SEIFERT, | James H. Baird |
| DR. WILLIAM STUCK, and | |
| DR. JOHN R. DYLEWSKI, | |
| Defendants. | |
| UNITED STATES, | (No appearance) |
| Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTIONS HEARING**

**Court in session:       9:34 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendants' Motion to Stay Discovery Pending Ruling on Defendants' Objections to Magistrate Judge's Order on Defendants' Motion to Stay (Doc. #115, filed 11/5/09).

**ORDERED:** Defendants' Motion to Stay Discovery Pending Ruling on Defendants' Objections to Magistrate Judge's Order on Defendants' Motion to Stay (Doc. #115, filed 11/5/09) is GRANTED in part and DENIED in part as stated on the record. The Court will allow two (2) Requests for Production of Documents, which are the training agreement and disclosures in the Florida case.

Discussion regarding the Rule 26(a)(1) and Scheduling Order deadlines.

**ORDERED:** The deadline for Joinder of Parties/Amendment of Pleadings is extended to 30 days after the ruling on the Motion to Dismiss.

Argument and discussion regarding Relator's Amended Motion to Extend Deadline for Service of Process (Doc. #100, filed 10/16/09).

**ORDERED:** Relator's Amended Motion to Extend Deadline for Service of Process (Doc. #100, filed 10/16/09) is GRANTED as of the date of the filing of the motion.

**Court in recess:** 10:24 a.m.  (Hearing concluded)
**Total time in court:** 0:50