IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 07-cv-01460-WDM-MEH | **FTR – Courtroom C203** |
| **Date:** April 8, 2010 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| MARY JO PFEIFER, Relator, | Brian J. Rayment |
| | JoAnne M. Zboyan |
| Plaintiff, | |
| v. | |
| ELA MEDICAL, INC., | James Sawtelle |
| DR. A. THOMAS GARCIA, | James H. Baird |
| ADVANCED CARDIAC SPECIALISTS CHARTERED, | |
| DR. ROBERT SIEGEL, | (No appearance) |
| DR. ASHKOK GARG, | |
| DR. STEPHEN BLUMBERG, and | |
| DR. URI BEN-ZUR, | Michael C. Theis |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:**    9:39 a.m.

The Court calls case.  Appearances of counsel.  Plaintiff is present.

Discussion regarding the status of the case and the Joint Motion for Stay of All Proceedings (Doc. #141, filed 4/7/10).

**ORDERED:**  1.    The Joint Motion for Stay of All Proceedings (Doc. #141, filed 4/7/10) is GRANTED.  All proceedings in this case are stayed for 120 days while settlement negotiations are taking place.

2.    Beginning **May 15, 2010,** counsel shall file monthly **confidential** letters regarding the status of settlement negotiations.

3.    A Status Conference is set for **August 5, 2010, at 9:15 a.m.**

Discussion regarding the statement in the Joint Motion for Stay as to service on Defendant Siegel.

**Court in recess:** 9:47 a.m. (Hearing concluded)
Total time in court: 0:08