IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01460-WDM-MEH

UNITED STATES OF AMERICA, *ex rel.*, MARY JO PFEIFER,

    Plaintiff,

v.

ELA MEDICAL, INC.,
SORIN GROUP USA, INC.,
SORIN GROUP,
SORIN, S.p.A.,
DR. A. THOMAS GARCIA,
ADVANCED CARDIAC SPECIALISTS CHARTERED,
DR. ROBERT SIEGEL,
DR. ASHKOK GARG,
DR. STEPHEN BLUMBERG,

    Defendants;

UNITED STATES,

    Interested Party.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 9, 2010.**

    The Joint Motion for Entry of Protective Order [filed August 6, 2010; docket #154] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The motion contains no certification nor indication that the movants have conferred with the remaining Defendants regarding their request.