IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01460-WDM-MEH

UNITED STATES OF AMERICA, *ex rel.*, MARY JO PFEIFER,

    Plaintiff,

v.

ELA MEDICAL, INC.,
SORIN GROUP USA, INC.,
SORIN GROUP,
SORIN, S.p.A.,
DR. A. THOMAS GARCIA,
ADVANCED CARDIAC SPECIALISTS CHARTERED,
DR. ROBERT SIEGEL,
DR. ASHKOK GARG,
DR. STEPHEN BLUMBERG,

    Defendants;

UNITED STATES,

    Interested Party.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2010.**

    The Renewed Joint Motion for Entry of Protective Order [filed August 9, 2010; docket #159] is **granted in part and denied in part**. The Protective Order, amended at paragraph 12 to be consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), is filed contemporaneously with this minute order.