IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-01460-WDM-MEH

UNITED STATES OF AMERICA, *ex rel*, MARY JO PFEIFER,

    Plaintiff,

v.

ELA MEDICAL, INC., et al.,

    Defendants.

_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    This matter is before me on the Joint Application to Administratively Close the Case Pending Settlement Negotiations. It is now ordered that this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before September 17, 2011, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on September 20, 2010.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge