IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01460-WDM-MEH

UNITED STATES OF AMERICA, *ex rel.*, MARY JO PFEIFER,

    Plaintiff

v.

ELA MEDICAL, INC., *et al.*,

    Defendants.

---

**ORDER**

---

Miller, J.

This case comes before me on the Unopposed Motion to Reopen Case for Good Cause (ECF No. 169), filed by the Plaintiff United States to reopen this administratively closed case.

The United States has submitted that the parties have reached a settlement and intend to file a joint stipulation to dismiss the action. Having reviewed the unopposed motion, I find good cause to reopen the case.

Accordingly, it is ORDERED that Civil Action No. 07-cv-1460-WDM-MEH is reopened.

DATED at Denver, Colorado, on November 15, 2010.

BY THE COURT:

s/ Walker D. Miller
United States District Judge