IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01460-WDM-MEH

UNITED STATES OF AMERICA, *ex rel.*, MARY JO PFEIFER,

    Plaintiff

v.

ELA MEDICAL, INC., *et al.*,

    Defendants.

---

## ORDER
---

Miller, J.

    This case comes before me on the United States' Unopposed Motion to Intervene for Good Cause (ECF No. 170).

    The United States moves, pursuant to the False Claims Act, 31 U.S.C. § 3730(c)(3), to intervene in this case for good cause, for the purpose of settling and dismissing this case against Defendants. As good cause, the United States has submitted that the parties have reached a settlement and intend to file a joint stipulation to dismiss the action. Having reviewed the unopposed motion, I find good cause to give leave for the United States to intervene in the case.

    Accordingly, it is ORDERED that the United States is granted leave to intervene in Civil Action No. 07-cv-1460-WDM-MEH.

DATED at Denver, Colorado, on November 15, 2010.

BY THE COURT:

s/ Walker D. Miller
United States District Judge